IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| FAIR HOUSING OF THE DAKOTAS, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | Civil Action No. 09-cv-4059 |
| | ) | |
| EQUITY HOMES, INC., PBR, LLC, BBR, LLC, | ) | |
| SHANE HARTUNG d/b/a/ HARTUNG DESIGN, | ) | |
| SCOTT SNOOZY, MYRON R. VAN BUSKIRK, | ) | |
| WAYNE HANSEN, as Trustee of the HANSEN | ) | |
| FAMILY TRUST AGREEMENT, MARTIN | ) | |
| MCGEE , as Trustee of the MARTIN H. MCGEE | ) | |
| TRUST, and SERTOMA HILLS VILLAS | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF PARTIAL CONSENT ORDER**

Plaintiffs United States and Fair Housing of the Dakotas ("FHD"), as well as Defendants Equity Homes, Inc., BBR, LLC, and Martin McGee, as Trustee of the Martin H. McGee Trust, hereby request that the Court enter the Proposed Second Partial Consent Order, attached as Exhibit 1, resolving the remaining claims brought by Plaintiffs United States and FHD in the above referenced litigation.

In this case the United States and FHD alleged that Defendants Equity Homes, Inc., PBR, LLC, BBR, LLC, and Shane Hartung d/b/a Hartung Design ("FHA Defendants") violated the Fair Housing Act by failing to design and construct six apartment complexes in Sioux Falls, South Dakota with the accessibility features required by the statute. In their complaints, the

1

United States and FHD sought equitable relief and monetary damages against the FHA Defendants.  In addition, the United States and FHD named as necessary parties for complete relief the current owners of five of these properties, Scott Snoozy, Myron R. Van Buskirk, Wayne Hansen as Trustee of the Hansen Family Trust Agreement, Martin McGee as Trustee of the Martin H. McGee Trust, and Sertoma Hills Villas Association ("Owner Defendants").  The United States and FHD did not allege that these Owner Defendants had violated the Fair Housing Act and did not seek monetary damages against them.  The United States and FHD sought equitable relief requiring the Owner Defendants allow access to the properties so that the FHA Defendants could complete the retrofits.

On July 20, 2011, the Court entered a Partial Consent Decree that resolved the United States' and FHD's claims for monetary relief against the FHA Defendants.  See July 20, 2011 Partial Consent Decree (Docket No. 90).  The July 20, 2011 Partial Consent Decree also resolved the claims of the United States and FHD for equitable relief with respect to four of six the complexes at issue in this case, East Briar Estates, West Briar Estates, Kensington Apartments, and Sertoma Hills Villas.  Because another property, Beverly Gardens Apartments, was already subject to equitable relief under a conciliation agreement with the current owner of that property, the United States and FHD are not seeking additional equitable relief with respect to that property.

The Proposed Second Partial Consent Order, attached as Exhibit 1, resolves the remaining claims in this case.  Specifically, the Proposed Second Partial Consent Order resolves the claims for equitable relief by Plaintiffs United States and FHD with respect to the design and construction of Sertoma Hills Apartments.

Sertoma Hills Apartments is owned by Martin McGee, as Trustee of the Martin H. McGee Trust.  McGee has also agreed to the entry of the Proposed Second Partial Consent Order.

Respectfully submitted this 27th day of October 2011.

Attorneys for Plaintiff United States of America:

| | |
|---|---|
| BRENDAN V. JOHNSON<br>United States Attorney<br>District of South Dakota | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| | /S/ DANIEL H. YI_____ |
| JAN L. HOLMGREN<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, South Dakota 57101<br>(605) 330-4400<br>(605) 330-4402 (Fax) | STEVEN H. ROSENBAUM<br>Chief<br>TIMOTHY J. MORAN<br>Deputy Chief<br>DANIEL H. YI<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br>950 Pennsylvania Ave. N.W. - G St.<br>Washington, D.C.  20530<br>(202) 504-4701<br>(202) 514-1116 (Fax)<br>daniel.yi@usdoj.gov |

Filed: October 27, 2011

Filed with the consent of the following parties pursuant to Local Rule 5.4 :

    Martin McGee, as Trustee of the Martin H. McGee Trust
    5775 La Jolla Corona Drive
    La Jolla, California 92037-7444

Attorneys for Plaintiff-Intervenor Fair Housing of the Dakotas:

| | |
|---|---|
| PATRICK J. GLOVER | CHRISTOPHER L. BRANCART |
| Meierhenry Sargent LLP | Brancart & Brancart |
| 315 South Phillips Avenue | P.O. Box 686 |
| Sioux Falls, South Dakota 57104 | Pescadero, California 94060 |

Attorneys for Defendants Equity Homes, Inc. and BBR, LLC:

    SUSAN M. SABERS
    HILARY L. WILLIAMSON
    Fuller & Sabers, LLP
    7521 South Louis Avenue
    Sioux Falls, South Dakota 57108


Filed: October 27, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2011, I filed the foregoing document entitled Joint Motion for Entry of Second Partial Consent Order via the Court's CM/ECF system, which shall send notice via electronic mail to the following counsel of record:

Attorneys for Plaintiff-Intervenor Fair Housing of the Dakotas:
    PATRICK J. GLOVER                CHRISTOPHER L. BRANCART
    Meierhenry Sargent LLP             Brancart & Brancart
    patrick@meierhenrylaw.com        cbrancart@brancart.com

Attorneys for Defendants Equity Homes, Inc., PBR, LLC, and BBR, LLC:
    SUSAN M. SABERS
    HILARY L. WILLIAMSON
    Fuller & Sabers, LLP
    ssabers@fullerandsabers.com
    hwilliamson@fullerandsabers.com

Attorney for Defendant Shane Hartung d/b/a Hartung Design:
    DANIEL R. FRITZ, II
    JON C. SOGN
    ERIKA L. STOESER
    Lynn, Jackson, Shultz & Lebrun, P.C.
    dfritz@lynnjackson.com

Attorney for Defendants Scott Snoozy, Myron R. Van Buskirk, and Wayne Hansen, as trustee of the Hansen Family Trust Agreement:
    SHAWN M. NICHOLS
    Cadwell, Sanford, Deibert & Garry, LLP
    snichols@cadlaw.com

      I hereby certify that on October 27, 2011, I sent a copy of the foregoing document by United States mail to:

    Martin McGee, as Trustee of the Martin H. McGee Trust
    5775 La Jolla Corona Drive
    La Jolla, California 92037-7444


                                                /S/ DANIEL H. YI
                                                DANIEL H. YI
                                                Attorney for United States of America